**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7032

JAMES A. GRANT,

Plaintiff - Appellant,

versus

MICHAEL W. MOORE, Commissioner; E. T. TAYLOR,
Warden; RAINES, Corrections Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Patrick Michael Duffy, District
Judge. (CA-97-2225-5-23)

Submitted:  February 12, 1999      Decided:  March 16, 1999

Before LUTTIG and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James A. Grant, Appellant Pro Se.  Jennifer Elaine Duty, BOGOSLOW
& JONES, Walterboro, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Grant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Grant v. Moore</u>, No. CA-97-2225-5-23 (D.S.C. June 17, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on June 16, 1998, the district court's records show it was entered on the docket sheet on June 17, 1998. Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider this date as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).